## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID COADES,

                Petitioner

          v.

DEPARTMENT OF CORRECTIONS,

                Respondent

: No. 567 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.